**COPY**

## -IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

         (To be supplied by the court)

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 6 2012

GREGORY C. LANGHAM
                **CLERK**

PEOPLE OF THE STATE OF COLORADO      , Plaintiff,

v.

RUSTY LEE SARVIS

                      , Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

       I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1.   I am unable to pay such fees or give security therefor.

2.   I am entitled to redress. Insufficient counsel, violation of rule (11b) rules of advisement, protection against self-incrimination

3.   The nature of this action is: PETITION FOR VIOLATION OF CONSTITUTIONAL RIGHTS UNDER THE 14th,6th,and 5th AMENDMENTS.

(Rev. 11/01/04)



4.  My assets and their value are listed below:  (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life
    insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's
    Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks,
    bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and
    clothing), or any other source of income.)

    Six-month period  account statement (attached)

5.  Are you in imminent danger of serious physical injury?

    __Yes  _X_No  (CHECK ONE).  If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   9-21-2012
                   (Date)

_(signature)_
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action.  You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)

# COLORADO DEPARTMENT OF CORRECTIONS
## Colorado Springs, Colorado
### **Statement of Account Activity**
Period: 08/21/2011 - 03/21/2012
Printed: 03/21/2012

*CmErps ΣΣ 3.21.12*

**Name:** SARVIS, RUSTY L
**Number:** 46181
**Location:** FREMONT - FCF/LU 6UP

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 08/21/11 00:00 | Beginning Balance | | 30.27 | 30.27 | | | 28.88 | 1.39 | |
| 08/21/11 23:20 | JPAY CREDIT | 50.00 | 80.27 | 80.27 | MANDATORY | 10.00 | 38.88 | 41.39 | FF |
| 08/22/11 10:00 | Canteen #8437152 Hold | | | 80.27 | CANTEEN | 26.60 | 65.48 | 14.79 | |
| 08/23/11 14:05 | Canteen Order #8437152 | -26.60 | 53.67 | 53.67 | | | 38.88 | 14.79 | FF |
| 08/29/11 15:03 | Canteen #8450323 Hold | | | 53.67 | CANTEEN | 14.66 | 53.54 | 0.13 | |
| 08/30/11 08:25 | Canteen Order #8426588 | -7.25 | 46.42 | 46.42 | | | 46.29 | 0.13 | FF |
| 08/30/11 14:41 | Canteen Order #8450323 | -14.66 | 31.76 | 31.76 | | | 31.63 | 0.13 | FF |
| 08/31/11 00:45 | RESTITUTION-95CR1933 | -31.63 | 0.13 | 0.13 | | | 0.00 | 0.13 | FF |
| 09/05/11 23:21 | JPAY CREDIT | 50.00 | 50.13 | 50.13 | MANDATORY | 10.00 | 10.00 | 40.13 | FF |
| 09/07/11 10:59 | 1 CONDIMENT-FLATWARE | 13.80 | 63.93 | 63.93 | MANDATORY | 2.76 | 12.76 | 51.17 | FF |
| 09/09/11 14:22 | Canteen #8480955 Hold | | | 63.93 | CANTEEN | 21.88 | 34.64 | 29.29 | |
| 09/12/11 11:50 | Canteen #8482818 Hold | | | 63.93 | CANTEEN | 29.27 | 63.91 | 0.02 | |
| 09/14/11 06:54 | Canteen Order #8482818 | -29.27 | 34.66 | 34.66 | | | 34.64 | 0.02 | FF |
| 09/17/11 23:22 | JPAY CREDIT | 100.00 | 134.66 | 134.66 | MANDATORY | 20.00 | 54.64 | 80.02 | FF |
| 09/19/11 10:27 | Canteen #8497553 Hold | | | 134.66 | CANTEEN | 47.05 | 101.69 | 32.97 | |
| 09/20/11 06:47 | Canteen Order #8480955 | -21.88 | 112.78 | 112.78 | | | 79.81 | 32.97 | FF |
| 09/21/11 06:38 | Canteen Order #8497553 | -47.05 | 65.73 | 65.73 | | | 32.76 | 32.97 | FF |
| 09/26/11 10:44 | Canteen #8511209 Hold | | | 65.73 | CANTEEN | 24.21 | 56.97 | 8.76 | |
| 09/29/11 07:05 | Canteen Order #8511209 | -24.21 | 41.52 | 41.52 | | | 32.76 | 8.76 | FF |
| 09/30/11 00:46 | RESTITUTION-95CR1933 | -32.76 | 8.76 | 8.76 | | | 0.00 | 8.76 | FF |
| 10/03/11 11:01 | Canteen #8521505 Hold | | | 8.76 | CANTEEN | 7.62 | 7.62 | 1.14 | |
| 10/05/11 06:47 | Canteen Order #8521505 | -7.62 | 1.14 | 1.14 | | | 0.00 | 1.14 | FF |
| 10/07/11 12:28 | Canteen #8535744 Hold | | | 1.14 | CANTEEN | 0.90 | 0.90 | 0.24 | |
| 10/07/11 16:02 | 1 CONDIMENT-FLATWARE | 12.60 | 13.74 | 13.74 | MANDATORY | 2.52 | 3.42 | 10.32 | FF |
| 10/08/11 23:21 | JPAY CREDIT | 75.00 | 88.74 | 88.74 | MANDATORY | 15.00 | 18.42 | 70.32 | FF |
| 10/12/11 06:45 | Canteen Order #8535744 | -0.90 | 87.84 | 87.84 | | | 17.52 | 70.32 | FF |
| 10/14/11 15:48 | Canteen #8557409 Hold | | | 87.84 | CANTEEN | 42.98 | 60.50 | 27.34 | |
| 10/17/11 10:45 | Canteen #8559792 Hold | | | 87.84 | CANTEEN | 11.99 | 72.49 | 15.35 | |
| 10/19/11 06:48 | Canteen Order #8559792 | -11.99 | 75.85 | 75.85 | | | 60.50 | 15.35 | FF |
| 10/24/11 10:19 | Canteen #8575058 Hold | | | 75.85 | CANTEEN | 14.98 | 75.48 | 0.37 | |
| 10/25/11 06:58 | Canteen Order #8557409 | -42.98 | 32.87 | 32.87 | | | 32.50 | 0.37 | FF |
| 10/25/11 14:54 | Canteen Order #8575058 | -14.98 | 17.89 | 17.89 | | | 17.52 | 0.37 | FF |
| 10/28/11 00:56 | RESTITUTION-95CR1933 | -17.52 | 0.37 | 0.37 | | | 0.00 | 0.37 | FF |
| 10/30/11 23:20 | JPAY CREDIT | 50.00 | 50.37 | 50.37 | MANDATORY | 10.00 | 10.00 | 40.37 | FF |
| 10/31/11 10:51 | Canteen #8587128 Hold | | | 50.37 | CANTEEN | 39.84 | 49.84 | 0.53 | |
| 11/02/11 07:13 | Canteen Order #8587128 | -39.84 | 10.53 | 10.53 | | | 10.00 | 0.53 | FF |
| 11/04/11 16:49 | 1 CONDIMENT-FLATWARE | 11.26 | 21.79 | 21.79 | MANDATORY | 2.25 | 12.25 | 9.54 | FF |
| 11/07/11 10:44 | Canteen #8601854 Hold | | | 21.79 | CANTEEN | 9.43 | 21.68 | 0.11 | |
| 11/09/11 06:40 | Canteen Order #8601854 | -9.43 | 12.36 | 12.36 | | | 12.25 | 0.11 | FF |
| 11/26/11 23:20 | JPAY CREDIT | 50.00 | 62.36 | 62.36 | MANDATORY | 10.00 | 22.25 | 40.11 | FF |
| 11/28/11 10:11 | Canteen #8645390 Hold | | | 62.36 | CANTEEN | 26.88 | 49.13 | 13.23 | |
| 11/29/11 15:38 | Canteen Order #8645390 | -26.88 | 35.48 | 35.48 | | | 22.25 | 13.23 | FF |
| 11/30/11 00:44 | RESTITUTION-95CR1933 | -22.25 | 13.23 | 13.23 | | | 0.00 | 13.23 | FF |
| 12/04/11 23:20 | JPAY CREDIT | 75.00 | 88.23 | 88.23 | MANDATORY | 15.00 | 15.00 | 73.23 | FF |
| 12/05/11 09:58 | Canteen #8657843 Hold | | | 88.23 | CANTEEN | 52.75 | 67.75 | 20.48 | |
| 12/06/11 15:42 | 1 CONDIMENT-FLATWARE | 13.20 | 101.43 | 101.43 | MANDATORY | 2.64 | 70.39 | 31.04 | FF |
| 12/07/11 06:39 | Canteen Order #8657843 | -52.75 | 48.68 | 48.68 | | | 17.64 | 31.04 | FF |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado
**\*\*Statement of Account Activity\*\***
Period: 08/21/2011 - 03/21/2012
Printed: 03/21/2012

*Cm Erps*
*ZZ 3.21.12*

**Name:**
**Number:** 46181
**Location:**

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 12/11/11 10:09 | Canteen #8677317 Hold | | | 48.68 | CANTEEN | 30.24 | 47.88 | 0.80 | |
| 12/15/11 06:50 | Canteen Order #8677317 | -30.24 | 18.44 | 18.44 | | | 17.64 | 0.80 | FF |
| 12/19/11 10:11 | Canteen #8692157 Hold | | | 18.44 | CANTEEN | 0.45 | 18.09 | 0.35 | |
| 12/21/11 07:08 | Canteen Order #8692157 | -0.45 | 17.99 | 17.99 | | | 17.64 | 0.35 | FF |
| 12/21/11 23:21 | JPAY CREDIT | 75.00 | 92.99 | 92.99 | MANDATORY | 15.00 | 32.64 | 60.35 | FF |
| 12/23/11 09:05 | XEROX-DEBIT | -1.25 | 91.74 | 91.74 | | | 32.64 | 59.10 | FF |
| 12/23/11 11:45 | Canteen #8704623 Hold | | | 91.74 | CANTEEN | 52.09 | 84.73 | 7.01 | |
| 12/28/11 06:32 | Canteen Order #8704623 | -52.09 | 39.65 | 39.65 | | | 32.64 | 7.01 | FF |
| 12/28/11 12:53 | POSTAGE-DEBIT | -5.15 | 34.50 | 34.50 | | | 32.64 | 1.86 | FF |
| 12/30/11 00:45 | RESTITUTION-95CR1933 | -32.64 | 1.86 | 1.86 | | | 0.00 | 1.86 | FF |
| 01/01/12 23:20 | JPAY CREDIT | 50.00 | 51.86 | 51.86 | MANDATORY | 10.00 | 10.00 | 41.86 | FF |
| 01/06/12 11:37 | 1 CONDIMENT-FLATWARE | 13.20 | 65.06 | 65.06 | MANDATORY | 2.64 | 12.64 | 52.42 | FF |
| 01/09/12 10:43 | Canteen #8729873 Hold | | | 65.06 | CANTEEN | 46.73 | 59.37 | 5.69 | |
| 01/11/12 07:10 | Canteen Order #8729873 | -46.73 | 18.33 | 18.33 | | | 12.64 | 5.69 | FF |
| 01/12/12 08:00 | Canteen Credit #8733422 | 5.46 | 23.79 | 23.79 | | | 12.64 | 11.15 | FF |
| 01/17/12 07:14 | Canteen #8748015 Hold | | | 23.79 | CANTEEN | 5.54 | 18.18 | 5.61 | |
| 01/18/12 06:34 | Canteen Order #8748015 | -5.54 | 18.25 | 18.25 | | | 12.64 | 5.61 | FF |
| 01/23/12 11:24 | Canteen #8765632 Hold | | | 18.25 | CANTEEN | 3.84 | 16.48 | 1.77 | |
| 01/25/12 06:32 | Canteen Order #8765632 | -3.84 | 14.41 | 14.41 | | | 12.64 | 1.77 | FF |
| 01/31/12 00:42 | RESTITUTION-95CR1933 | -12.64 | 1.77 | 1.77 | | | 0.00 | 1.77 | FF |
| 02/06/12 11:24 | Canteen #8788098 Hold | | | 1.77 | CANTEEN | 1.35 | 1.35 | 0.42 | |
| 02/06/12 23:21 | JPAY CREDIT | 50.00 | 51.77 | 51.77 | MANDATORY | 10.00 | 11.35 | 40.42 | FF |
| 02/07/12 14:00 | Canteen Order #8788098 | -1.35 | 50.42 | 50.42 | | | 10.00 | 40.42 | FF |
| 02/07/12 15:46 | 1 CONDIMENT-FLATWARE | 13.20 | 63.62 | 63.62 | MANDATORY | 2.64 | 12.64 | 50.98 | FF |
| 02/09/12 12:46 | XEROX-DEBIT | -1.50 | 62.12 | 62.12 | | | 12.64 | 49.48 | FF |
| 02/13/12 11:21 | Canteen #8807910 Hold | | | 62.12 | CANTEEN | 44.24 | 56.88 | 5.24 | |
| 02/15/12 06:42 | Canteen Order #8807910 | -44.24 | 17.88 | 17.88 | | | 12.64 | 5.24 | FF |
| 02/17/12 12:31 | Canteen #8822274 Hold | | | 17.88 | CANTEEN | 2.39 | 15.03 | 2.85 | |
| 02/21/12 23:21 | JPAY CREDIT | 78.00 | 95.88 | 95.88 | MANDATORY | 15.60 | 30.63 | 65.25 | FF |
| 02/22/12 06:33 | Canteen Order #8822274 | -2.39 | 93.49 | 93.49 | | | 28.24 | 65.25 | FF |
| 02/27/12 11:11 | Canteen #8836923 Hold | | | 93.49 | CANTEEN | 51.78 | 80.02 | 13.47 | |
| 02/29/12 00:33 | RESTITUTION-95CR1933 | -28.24 | 65.25 | 65.25 | | | 51.78 | 13.47 | FF |
| 02/29/12 05:25 | Canteen Order #8836923 | -51.78 | 13.47 | 13.47 | | | 0.00 | 13.47 | FF |
| 03/05/12 10:16 | Canteen #8848862 Hold | | | 13.47 | CANTEEN | 13.32 | 13.32 | 0.15 | |
| 03/06/12 16:00 | 1 CONDIMENT-FLATWARE | 12.60 | 26.07 | 26.07 | MANDATORY | 2.52 | 15.84 | 10.23 | FF |
| 03/07/12 06:41 | Canteen Order #8848862 | -13.32 | 12.75 | 12.75 | | | 2.52 | 10.23 | FF |
| 03/12/12 10:16 | Canteen #8868576 Hold | | | 12.75 | CANTEEN | 6.36 | 8.88 | 3.87 | |
| 03/14/12 06:13 | Canteen Order #8868576 | -6.36 | 6.39 | 6.39 | | | 2.52 | 3.87 | FF |
| 03/20/12 14:05 | XEROX-DEBIT | -2.25 | 4.14 | 4.14 | | | 2.52 | 1.62 | FF |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado

*CmErps  EE 3.21.12*

**\*\*Statement of Account Activity\*\***
Period: 08/21/2011 - 03/21/2012
Printed: 03/21/2012

**Name:** SARVIS, RUSTY L
**Number:** 46181
**Location:** FREMONT - FCF/LU 6UP

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 03/21/12 23:58 | Ending Balance | | 4.14 | 4.14 | | | 2.52 | 1.62 | |

| | | |
|---|---|---|
| **Total Deposits:** | 798.32 | |
| **Total Withdrawals:** | 824.45 | |

| Account Information as of 03/21/2012 3:52PM | | |
|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 4.14 | **Total Money In Hold:** $0.00 |
| | **Total Reserved/Encumbered:** $2.52 | **Available Balance** $1.62 |

---

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**