ORIGINAL

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.
12-cv-00759-BNB

~~Plaintiff,~~
RUSTY LEE SARVIS
v.
PEOPLE OF THE STATE OF COLORADO

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2012

GREGORY C. LANGHAM
CLERK

**MOTION FOR EXTENSION OF TIME**

Comes now this Petitioner/Defendant before this Honorable Court for a hearing to grant a 30 day extension of time to complete the ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES in the above named caption matter states as follows:

On 4-13-2012 plaintiff had a law library appointment at Fremont Correctional Facility, at which time plaintiff was completing above mentioned order to cure deficiencies, when the law librarian Yvette Brown accidentally lost this plaintiff's motion in the above Civil case from his computer and was unable to retrieve it after the incident occurred thus losing 14 days of work.

WHEREFORE, the Plaintiff prays that this honorable court grants relief to which plaintiff may be entitled in this proceeding. This petition has been prepared as a pro se litigation and the plaintiff respectfully request this court to grant above motion.

**Respectfully submitted this 24th day of April, 2012**

Rusty Lee Sarvis