**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00759-BNB

RUSTY LEE SARVIS,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion for Extension of Time" to cure the deficiencies in this action (Doc. No. 5), filed on April 27, 2012. The motion is GRANTED. Plaintiff shall have **up to and including May 28, 2012**, in which to cure all the deficiencies designated in the March 27 Order. Failure to do so within the time allowed will result in the dismissal of the instant action. No further extensions will be granted without just cause.

    Dated:  April 30, 2012