OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED H. ARRAJ COURTHOUSE
901-19th ST. Rm A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2012

GREGORY C. LANGHAM
CLERK

6-13-2012

DEAR CLERK:

This Letter is in Reply to the "Order Granting Leave To Proceed Pursuant to 28 U.S.C. § 1915, in which I Rusty Lee Jarvis have submitted a prisoner's Motion and AFFIDAVIT, CIVIL ACTION #12-CV-00759-B-NR

I have received an "Order" to show cause why I cannot pay the required filing fee pursuant to § 1915(b)(1).

I am enclosing a certified copy of my inmate monthly account statement, that has been certified and signed by my CASE MANAGER.

I am incarcerated at the Fremont Correctional Facility in Canon City, Colorado. Each month I can send you a certified copy of my monthly account statement.

SINCERELY
Rusty Lee Jarvis

Rusty Lee Jarvis
46181
FCF Lupper B-17
P.O. BOX 999
Canon City CO, 81215-0999

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 05/11/2012 - 06/11/2012
Printed: 06/11/2012

**Name:** SARVIS, RUSTY L
**Number:** 46181
**Location:** FREMONT - FCF/LU 6UP

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/12 00:00 | Beginning Balance | | 8.89 | 8.89 | | | 2.28 | 6.61 | |
| 05/21/12 10:39 | Canteen #9016753 Hold | | | 8.89 | CANTEEN | 4.50 | 6.78 | 2.11 | |
| 05/23/12 06:53 | Canteen Order #9016753 | -4.50 | 4.39 | 4.39 | | | 2.28 | 2.11 | FF |
| 05/25/12 11:06 | Canteen #9027831 Hold | | | 4.39 | CANTEEN | 1.62 | 3.90 | 0.49 | |
| 05/30/12 06:40 | Canteen Order #9027831 | -1.62 | 2.77 | 2.77 | | | 2.28 | 0.49 | FF |
| 05/31/12 00:33 | RESTITUTION-95CR1933 | -2.28 | 0.49 | 0.49 | | | 0.00 | 0.49 | FF |
| 06/01/12 15:37 | XEROX-DEBIT | -5.00 | -4.51 | 0.00 | | | 0.00 | 0.00 | FF |
| 06/10/12 23:20 | JPAY CREDIT | 25.00 | 20.49 | 20.49 | MANDATORY | 5.00 | 5.00 | 15.49 | FF |
| 06/11/12 11:08 | Canteen #9057802 Hold | | | 20.49 | CANTEEN | 10.07 | 15.07 | 5.42 | |
| 06/11/12 23:58 | Ending Balance | | 20.49 | 20.49 | | | 15.07 | 5.42 | |

**Total Deposits:** 25.00
**Total Withdrawals:** 13.40

| Account Information as of  06/11/2012  4:12PM | | |
|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 20.49 | **Total Money In Hold:** $0.00 |
| | **Total Reserved/Encumbered:** $15.07 | **Available Balance** $5.42 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

*FCF CMI E. Erps    719.269.5322*

*Civil Action # 12-cv-00759-BNB*

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**