Office of the Clerk
United States District Court
ALFRED A. ARRAJ COURTHOUSE
901-19th St. Rm A105
Denver, Co. 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2012

GREGORY C. LANGHAM
CLERK

7-16-2012

Re: Case # 12-CV-00759-BNB

I Rusty Lee Sarvis have submitted a prisoner's Motion and Affidavit Civil Action # 12-CV-00759-BNB.

I have received an Order to show cause why I cannot pay the required filing fee pursuant to § 1915(b)(1).

I am enclosing a certified copy of my inmate monthly account statement that has been certified and signed by my case manager. I am still incarcerated in the Fremont Correctional Facility in Canon City, Colorado.

I will continue to send you a certified copy of my monthly statement each month, until Ordered to do otherwise.

Sincerely

Rusty L. Sarvis
Rusty L. Sarvis

## COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 01/01/2012 - 07/11/2012
Printed: 07/11/2012

FCF CM1 E.Erps

**Name:** SARVIS, RUSTY L
**Number:** 46181
**Location:** FREMONT - FCF/LU 6UP

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/12 00:00 | Beginning Balance | | 1.86 | 1.86 | | | 0.00 | 1.86 | |
| 01/01/12 23:20 | JPAY CREDIT | 50.00 | 51.86 | 51.86 | MANDATORY | 10.00 | 10.00 | 41.86 | FF |
| 01/06/12 11:37 | 1 CONDIMENT-FLATWARE | 13.20 | 65.06 | 65.06 | MANDATORY | 2.64 | 12.64 | 52.42 | FF |
| 01/09/12 10:43 | Canteen #8729873 Hold | | | 65.06 | CANTEEN | 46.73 | 59.37 | 5.69 | |
| 01/11/12 07:10 | Canteen Order #8729873 | -46.73 | 18.33 | 18.33 | | | 12.64 | 5.69 | FF |
| 01/12/12 08:00 | Canteen Credit #8733422 | 5.46 | 23.79 | 23.79 | | | 12.64 | 11.15 | FF |
| 01/17/12 07:14 | Canteen #8748015 Hold | | | 23.79 | CANTEEN | 5.54 | 18.18 | 5.61 | |
| 01/18/12 06:34 | Canteen Order #8748015 | -5.54 | 18.25 | 18.25 | | | 12.64 | 5.61 | FF |
| 01/23/12 11:24 | Canteen #8765632 Hold | | | 18.25 | CANTEEN | 3.84 | 16.48 | 1.77 | |
| 01/25/12 06:32 | Canteen Order #8765632 | -3.84 | 14.41 | 14.41 | | | 12.64 | 1.77 | FF |
| 01/31/12 00:42 | RESTITUTION-95CR1933 | -12.64 | 1.77 | 1.77 | | | 0.00 | 1.77 | FF |
| 02/06/12 11:24 | Canteen #8788098 Hold | | | 1.77 | CANTEEN | 1.35 | 1.35 | 0.42 | |
| 02/06/12 23:21 | JPAY CREDIT | 50.00 | 51.77 | 51.77 | MANDATORY | 10.00 | 11.35 | 40.42 | FF |
| 02/07/12 14:00 | Canteen Order #8788098 | -1.35 | 50.42 | 50.42 | | | 10.00 | 40.42 | FF |
| 02/07/12 15:46 | 1 CONDIMENT-FLATWARE | 13.20 | 63.62 | 63.62 | MANDATORY | 2.64 | 12.64 | 50.98 | FF |
| 02/09/12 12:46 | XEROX-DEBIT | -1.50 | 62.12 | 62.12 | | | 12.64 | 49.48 | FF |
| 02/13/12 11:21 | Canteen #8807910 Hold | | | 62.12 | CANTEEN | 44.24 | 56.88 | 5.24 | |
| 02/15/12 06:42 | Canteen Order #8807910 | -44.24 | 17.88 | 17.88 | | | 12.64 | 5.24 | FF |
| 02/17/12 12:31 | Canteen #8822274 Hold | | | 17.88 | CANTEEN | 2.39 | 15.03 | 2.85 | |
| 02/21/12 23:21 | JPAY CREDIT | 78.00 | 95.88 | 95.88 | MANDATORY | 15.60 | 30.63 | 65.25 | FF |
| 02/22/12 06:33 | Canteen Order #8822274 | -2.39 | 93.49 | 93.49 | | | 28.24 | 65.25 | FF |
| 02/27/12 11:11 | Canteen #8836923 Hold | | | 93.49 | CANTEEN | 51.78 | 80.02 | 13.47 | |
| 02/29/12 00:33 | RESTITUTION-95CR1933 | -28.24 | 65.25 | 65.25 | | | 51.78 | 13.47 | FF |
| 02/29/12 05:25 | Canteen Order #8836923 | -51.78 | 13.47 | 13.47 | | | 0.00 | 13.47 | FF |
| 03/05/12 10:16 | Canteen #8848862 Hold | | | 13.47 | CANTEEN | 13.32 | 13.32 | 0.15 | |
| 03/06/12 16:00 | 1 CONDIMENT-FLATWARE | 12.60 | 26.07 | 26.07 | MANDATORY | 2.52 | 15.84 | 10.23 | FF |
| 03/07/12 06:41 | Canteen Order #8848862 | -13.32 | 12.75 | 12.75 | | | 2.52 | 10.23 | FF |
| 03/12/12 10:16 | Canteen #8868576 Hold | | | 12.75 | CANTEEN | 6.36 | 8.88 | 3.87 | |
| 03/14/12 06:13 | Canteen Order #8868576 | -6.36 | 6.39 | 6.39 | | | 2.52 | 3.87 | FF |
| 03/20/12 14:05 | XEROX-DEBIT | -2.25 | 4.14 | 4.14 | | | 2.52 | 1.62 | FF |
| 03/23/12 10:02 | XEROX-DEBIT | -1.50 | 2.64 | 2.64 | | | 2.52 | 0.12 | FF |
| 03/30/12 00:34 | RESTITUTION-95CR1933 | -2.52 | 0.12 | 0.12 | | | 0.00 | 0.12 | FF |
| 04/01/12 23:20 | JPAY CREDIT | 50.00 | 50.12 | 50.12 | MANDATORY | 10.00 | 10.00 | 40.12 | FF |
| 04/09/12 11:19 | Canteen #8922502 Hold | | | 50.12 | CANTEEN | 40.00 | 50.00 | 0.12 | |
| 04/09/12 16:15 | 1 CONDIMENT-FLATWARE | 12.60 | 62.72 | 62.72 | MANDATORY | 2.52 | 52.52 | 10.20 | FF |
| 04/11/12 06:31 | Canteen Order #8922502 | -40.00 | 22.72 | 22.72 | | | 12.52 | 10.20 | FF |
| 04/11/12 14:40 | XEROX-DEBIT | -3.00 | 19.72 | 19.72 | | | 12.52 | 7.20 | FF |
| 04/16/12 11:00 | Canteen #8942012 Hold | | | 19.72 | CANTEEN | 6.21 | 18.73 | 0.99 | |
| 04/17/12 12:55 | Canteen Order #8942012 | -6.21 | 13.51 | 13.51 | | | 12.52 | 0.99 | FF |
| 04/26/12 23:22 | MEDICAL APPOINT | -3.00 | 10.51 | 10.51 | | | 12.52 | 0.00 | FF |
| 04/27/12 00:40 | RESTITUTION-95CR1933 | -12.52 | -2.01 | 0.00 | | | 0.00 | 0.00 | FF |
| 04/30/12 14:15 | XEROX-DEBIT | -0.50 | -2.51 | 0.00 | | | 0.00 | 0.00 | FF |
| 05/07/12 15:30 | 1 CONDIMENT-FLATWARE | 11.40 | 8.89 | 8.89 | MANDATORY | 2.28 | 2.28 | 6.61 | FF |
| 05/21/12 10:39 | Canteen #9016753 Hold | | | 8.89 | CANTEEN | 4.50 | 6.78 | 2.11 | |
| 05/23/12 06:53 | Canteen Order #9016753 | -4.50 | 4.39 | 4.39 | | | 2.28 | 2.11 | FF |
| 05/25/12 11:06 | Canteen #9027831 Hold | | | 4.39 | CANTEEN | 1.62 | 3.90 | 0.49 | |
| 05/30/12 06:40 | Canteen Order #9027831 | -1.62 | 2.77 | 2.77 | | | 2.28 | 0.49 | FF |
| 05/31/12 00:33 | RESTITUTION-95CR1933 | -2.28 | 0.49 | 0.49 | | | 0.00 | 0.49 | FF |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Page 1 of 2

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado
### **Statement of Account Activity**
Period: 01/01/2012 - 07/11/2012
Printed: 07/11/2012

FCF CM1 E.Erps

**Name:** SARVIS, RUSTY L
**Number:** 46181
**Location:** FREMONT - FCF/LU 6UP

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/12 15:37 | XEROX-DEBIT | -5.00 | -4.51 | 0.00 | | | 0.00 | 0.00 | FF |
| 06/10/12 23:20 | JPAY CREDIT | 25.00 | 20.49 | 20.49 | MANDATORY | 5.00 | 5.00 | 15.49 | FF |
| 06/11/12 11:08 | Canteen #9057802 Hold | | | 20.49 | CANTEEN | 10.07 | 15.07 | 5.42 | |
| 06/12/12 14:25 | Canteen Order #9057802 | -10.07 | 10.42 | 10.42 | | | 5.00 | 5.42 | FF |
| 06/13/12 12:24 | XEROX-DEBIT | -1.00 | 9.42 | 9.42 | | | 5.00 | 4.42 | FF |
| 06/15/12 14:12 | 1 CONDIMENT-FLATWARE | 13.80 | 23.22 | 23.22 | MANDATORY | 2.76 | 7.76 | 15.46 | FF |
| 06/18/12 10:14 | Canteen #9071477 Hold | | | 23.22 | CANTEEN | 9.95 | 17.71 | 5.51 | |
| 06/20/12 06:33 | Canteen Order #9071477 | -9.95 | 13.27 | 13.27 | | | 7.76 | 5.51 | FF |
| 06/29/12 00:33 | RESTITUTION-95CR1933 | -7.76 | 5.51 | 5.51 | | | 0.00 | 5.51 | FF |
| 07/02/12 10:52 | Canteen #9093987 Hold | | | 5.51 | CANTEEN | 4.50 | 4.50 | 1.01 | |
| 07/05/12 06:27 | Canteen Order #9093987 | -4.50 | 1.01 | 1.01 | | | 0.00 | 1.01 | FF |
| 07/05/12 12:32 | XEROX-DEBIT | -1.00 | 0.01 | 0.01 | | | 0.00 | 0.01 | FF |
| 07/06/12 11:51 | 1 CONDIMENT-FLATWARE | 12.00 | 12.01 | 12.01 | MANDATORY | 2.40 | 2.40 | 9.61 | FF |
| 07/09/12 10:54 | Canteen #9107437 Hold | | | 12.01 | CANTEEN | 9.40 | 11.80 | 0.21 | |
| 07/09/12 23:23 | JPAY CREDIT | 30.00 | 42.01 | 42.01 | MANDATORY | 6.00 | 17.80 | 24.21 | FF |
| 07/11/12 23:58 | Ending Balance | | 42.01 | 42.01 | | | 17.80 | 24.21 | |

**Total Deposits:** 377.26
**Total Withdrawals:** 337.11

| Account Information as of 07/11/2012 3:36PM | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 42.01 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $17.80 | **Available Balance** | $24.21 |

---

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**