**COPY**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.
12-cv-00759-BNB

~~Plaintiff,~~

**RUSTY LEE SARVIS**

v.

**PEOPLE OF THE STATE**

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 02 2012

GREGORY C. LANGHAM
CLERK

### MOTION FOR EXTENSION OF TIME

Comes now this petitioner/Defendant before this Honorable Court for a hearing to grant a 30 day extension of time to complete the "Order Directing Plaintiff To File Amended Pleading" on the proper habeas corpus application, in the above named caption matter states as follow;

On 7-23-12 the Fremont Correctional Facility was put on lock-down status. The plaintiff being incarcerated at the facility has been working on the above mentioned Court Order. As of the posting of this request all law library appointments have been canceled until further notice. Whereas the the plaintiff had no access to the law library to complete the above.

Wherefore, the Plaintiff prays that this honorable court grants relief to which plaintiff may be entitled in this proceeding. This petition has been prepared as a Pro-Se litigation and the plaintiff respectfully request this court to grant above motion.

Respectfully submitted this date
7-27-2012

Rusty Lee Sarvis