**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

RUSTY LEE SARVIS,　　　　　　12-cv-00759-BNB

　　　　Plaintiff,

v.

NAN SCRANTON, El Paso County District Attorney,
TAMRA BOWMAN, Public Defender Office,
CLAYTON C. BLACKWELL, ICAC Officer, and
PEGGY HEIL, SOTMP,

　　　　Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

　　　　This matter is before the Court on Plaintiff's "Motion for Extension of Time" to submit an amended pleading (ECF No. 13), filed on August 2, 2012.  The motion is GRANTED.  Plaintiff shall have **up to and including September 4, 2012**, in which to comply with the July 3 Order for Amended Pleading.  Failure to do so within the time allowed will result in the dismissal of the instant action.

　　　　Dated:  August 3, 2012