OFFICE OF THE CLERK
United States District Court
Alfred A. Arraj Courthouse
901-19th St, Rm A105
Denver, Co. 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2012

GREGORY C. LANGHAM
CLERK

8-16-12

RE: Case # 12 CV 00759 BNB

I Rusty Lee Sarvis have submitted a prisoners motion and Affidavit Civil Action # 12CV00759BNB. I have received an Order to show cause why I cannot pay the required filing fee pursuant to §1915(b)(1).

I am enclosing a Certified copy of my Inmate monthly account statement, that has been certified and signed by my case manager. I am still incarcerated at the Fremont Correctional Facility in Canon City, Colorado. I will continue to send you a certified copy of my monthly statement each month until Ordered to do otherwise.

Sincerely,
Rusty L. Sarvis
Rusty L. Sarvis
46181

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 07/01/2012 - 08/16/2012
Printed: 08/16/2012

CM 1 E.Erps
FCF E/E

**Name:** SARVIS, RUSTY L
**Number:** 46181
**Location:** FREMONT - FCF/LU 6UP

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/12 00:00 | Beginning Balance | | 5.51 | 5.51 | | | 0.00 | 5.51 | |
| 07/02/12 10:52 | Canteen #9093987 Hold | | | 5.51 | CANTEEN | 4.50 | 4.50 | 1.01 | |
| 07/05/12 06:27 | Canteen Order #9093987 | -4.50 | 1.01 | 1.01 | | | 0.00 | 1.01 | FF |
| 07/05/12 12:32 | XEROX-DEBIT | -1.00 | 0.01 | 0.01 | | | 0.00 | 0.01 | FF |
| 07/06/12 11:51 | 1 CONDIMENT-FLATWARE | 12.00 | 12.01 | 12.01 | MANDATORY | 2.40 | 2.40 | 9.61 | FF |
| 07/09/12 10:54 | Canteen #9107437 Hold | | | 12.01 | CANTEEN | 9.40 | 11.80 | 0.21 | |
| 07/09/12 23:23 | JPAY CREDIT | 30.00 | 42.01 | 42.01 | MANDATORY | 6.00 | 17.80 | 24.21 | FF |
| 07/12/12 06:29 | Canteen Order #9107437 | -9.40 | 32.61 | 32.61 | | | 8.40 | 24.21 | FF |
| 07/13/12 13:30 | Canteen #9125022 Hold | | | 32.61 | CANTEEN | 0.68 | 9.08 | 23.53 | |
| 07/13/12 14:15 | Canteen #9122356 Hold | | | 32.61 | CANTEEN | 6.43 | 15.51 | 17.10 | |
| 07/16/12 10:32 | Canteen #9126738 Hold | | | 32.61 | CANTEEN | 15.61 | 31.12 | 1.49 | |
| 07/17/12 08:04 | Canteen Order #9126738 | -15.61 | 17.00 | 17.00 | | | 15.51 | 1.49 | FF |
| 07/19/12 14:47 | POSTAGE-DEBIT | -0.45 | 16.55 | 16.55 | | | 15.51 | 1.04 | FF |
| 07/20/12 07:59 | Canteen Order #9122356 | -6.43 | 10.12 | 10.12 | | | 9.08 | 1.04 | FF |
| 07/20/12 08:04 | Canteen Order #9125022 | -0.68 | 9.44 | 9.44 | | | 8.40 | 1.04 | FF |
| 07/23/12 10:22 | Canteen #9138857 Hold | | | 9.44 | CANTEEN | 1.01 | 9.41 | 0.03 | |
| 07/23/12 23:20 | JPAY CREDIT | 60.00 | 69.44 | 69.44 | MANDATORY | 12.00 | 21.41 | 48.03 | FF |
| 07/24/12 13:42 | Canteen Order #9138857 | -1.01 | 68.43 | 68.43 | | | 20.40 | 48.03 | FF |
| 07/30/12 09:47 | Canteen #9150283 Hold | | | 68.43 | CANTEEN | 40.59 | 60.99 | 7.44 | |
| 07/31/12 00:34 | RESTITUTION-95CR1933 | -20.40 | 48.03 | 48.03 | | | 40.59 | 7.44 | FF |
| 07/31/12 15:27 | Canteen Order #9150283 | -40.59 | 7.44 | 7.44 | | | 0.00 | 7.44 | FF |
| 08/01/12 13:35 | XEROX-DEBIT | -0.50 | 6.94 | 6.94 | | | 0.00 | 6.94 | FF |
| 08/06/12 10:10 | Canteen #9161626 Hold | | | 6.94 | CANTEEN | 6.45 | 6.45 | 0.49 | |
| 08/07/12 15:27 | 1 CONDIMENT-FLATWARE | 12.60 | 19.54 | 19.54 | MANDATORY | 2.52 | 8.97 | 10.57 | FF |
| 08/07/12 15:46 | Canteen Order #9161626 | -6.45 | 13.09 | 13.09 | | | 2.52 | 10.57 | FF |
| 08/09/12 23:21 | MEDICAL EMERGENCY | -5.00 | 8.09 | 8.09 | | | 2.52 | 5.57 | FF |
| 08/12/12 23:20 | JPAY CREDIT | 30.00 | 38.09 | 38.09 | MANDATORY | 6.00 | 8.52 | 29.57 | FF |
| 08/16/12 23:58 | Ending Balance | | 38.09 | 38.09 | | | 8.52 | 29.57 | |

**Total Deposits:** 144.60
**Total Withdrawals:** 112.02

---

**Account Information as of 08/16/2012 10:33AM**

| Status: ACTIVE | Current Balance: 38.09 | Total Money In Hold: $0.00 |
|---|---|---|
| | Total Reserved/Encumbered: $8.52 | Available Balance: $29.57 |

---

*Statement Information*

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**