IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00759-BNB

RUSTY LEE SARVIS,

    Applicant,

v.

ANGEL MEDINA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of this certificate to the named individuals below, and the following forms to Keith Nordell for service on Angel Medina and to John W. Suthers: ORDER FOR PRE-ANSWER RESPONSE FILED 9/05/2012, AND THE AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 9/04/2012 on September 6, 2012.

Rusty Lee Sarvis
#46181
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215-0999

Angel Medina
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY VIA EMAIL**

John W. Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY VIA EMAIL**

James X. Quinn, First Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY VIA EMAIL**
**COURTESY COPY**

                                                  s/ C. Covington
                                                  Deputy Clerk