IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00759-BNB

RUSTY LEE SARVIS,

Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

```
                              FILED
                    UNITED STATES DISTRICT COURT
                          DENVER, COLORADO
                       SEPTEMBER 6, 2012
                    GREGORY C. LANGHAM, CLERK
```

## ACKNOWLEDGMENT

I, Tiffiny Kallina, hereby acknowledge receipt of **ORDER TO FILE PRE-ANSWER RESPONSE, APPLICATION FOR WRIT OF HABEAS CORPUS FILED 09/05/12, ACKNOWLEDGMENT, WAIVER AND ACCEPTANCE OF SERVICE AND INSTRUCTIONS FOR CASE NUMBER 12-cv-00759-BNB** on behalf of OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF COLORADO, John W. Suthers, Attorney General for the State of Colorado

RECEIVED BY: /s/ Tiffiny Kallina

ON THIS  6th  DAY OF  September  2012