IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00759-BNB

RUSTY LEE SARVIS,

    Applicant,

v.

ANGEL MEDINA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO.

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEPTEMBER 6, 2012
GREGORY C. LANGHAM, CLERK

## ACCEPTANCE OF SERVICE

I, Teresa Reynolds, hereby acknowledge that I accept service of the Order to Answer and an Application for Writ of Habeas Corpus in the above captioned case on behalf of Respondent(s) on this 6th day of SEPTEMBER, 2012:

| **ANGEL MEDINA** – FCF | |
|---|---|

I am authorized to accept service of the Order to Answer and an Application for Writ of Habeas Corpus on behalf of the above named respondent(s). I accept service on behalf of said respondent(s) as though said respondent(s) were personally served with the Order to Answer and an Application for Writ of Habeas Corpus within the State of Colorado.

This acceptance of service of the Order to Answer and an Application for Writ of Habeas Corpus on behalf of any or all of the above-mentioned respondent(s) shall not constitute a waiver of any of said respondent(s) right(s) to contest jurisdiction over their person.

Date: 9/6/12

Name (Signature)
Teresa Reynolds
**Legal Access Group Leader**

**Office of Legal Services**
Colorado Department of Corrections