IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00759-BNB

RUSTY LEE SARVIS,

     Applicant,

vs.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

_____

**MOTION FOR EXTENSION OF TIME
TO FILE PRE-ANSWER RESPONSE**

_____

     Respondents, through The Attorney General of the State of Colorado, move for an extension of time, to October 26, 2012, within which to file a pre-answer response.

     Reasons:

     1.  This proceeding is a 28 U.S.C. §2254 case involving a pro se prisoner.

     2.  On September 5, 2012, this Court ordered respondents to file a pre-answer response within twenty-one days of the order.  ECF #18.

     3.  Since then, undersigned counsel has been working on previously assigned matters, including: an answer in *Lewis v. Thaler*, 11-cv-02552-RBJ; a pre-answer response in *Sayed v. Jones, et al.*, 12-cv-02019-BNB; answer briefs in *People v.*

*Schnabel*, Colo. App. No. 09CA2143, and *People v. Beserra*, Colo. App. No. 11CA1925; and a petition for writ of certiorari in *People v. Johnson*, Colo. No. 12SC605.

4. Before beginning work on the response in the present case, counsel must: complete the answer brief in *Schnabel* and answer in *Lewis*; prepare an answer in *Kim v. Falk, et al.*, 12-cv-01419-CMA, and pre-answer responses in *Stevenson v. Timme, et al.*, 12-cv-02175-BNB, and *Love v. Clements, et al.*, 12-cv-2160-BNB ; and present oral argument in *People v. Conner*, 10CA0023.

5. In addition, counsel will be out of the office during the first week in October.

6. As this case involves a pro se prisoner, the duty to confer imposed by D.C.Colo.LCivR 7.1A does not apply.

           JOHN W. SUTHERS
           Attorney General

           s/ John J. Fuerst III
           JOHN J. FUERST III, 16862*
           Senior Assistant Attorney General
           Appellate Division
           Criminal Justice Section
           Attorneys for Plaintiff-Appellee
           1525 Sherman Street, 7th Floor
           Denver, Colorado  80203
           Telephone:  (303) 866-5785
           FAX:  (303) 866-3955
           E-mail:  john.fuerst@state.co.us
           *Counsel of Record

AG ALPHA:	DAXX QLVC
AG FILE:	\\DOL02\DATA\AP\APFUERJJ\HABEAS\SARVIS\SARVIS_EXT.DOC

CERTIFICATE OF SERVICE

      I certify that on this <u>25th</u> day of <u>September</u> 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that I have served the foregoing upon the Applicant herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this <u>25th</u> day of <u>September</u> 2012, addressed as follows:

Rusty Lee Sarvis, #46181
Fremont Corr. Facility
PO Box 999
Canon City, CO  81215

                                        <u>s/ John J. Fuerst III</u>