IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00759-BNB

RUSTY LEE SARVIS,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Respondents' Motion for Extension of Time to File Pre-Answer Response, ECF No. 22, is GRANTED. Respondents shall have up to and including October 26, 2012, to file a Pre-Answer Response. Applicant shall have twenty-one days from the date the Pre-Answer Response is filed to submit a Reply if he desires.

Dated:  September 26, 2012