**Date Printed: 10/15/2012**

**People Of The State Of Colorado Vs. Sarvis, Rusty L - 1995CR1933 - El Paso County**

| Summary | | |
|---|---|---|
| **Case #:** 1995CR1933 (District) | **Location:** El Paso County | **Date Filed:** 1995-05-30 |
| **Case Status:** Closed; | **Date Case Closed:** 2007-07-16 | **Date of Speedy Trial:** N/A |
| **Case Type:** Drugs | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Theresa M Cisneros | **Division:** 8 | **Bar Number:** 14672 |
| **Alternate Judge or Magistrate:** Gilbert Anthony Martinez | | **Bar Number:** 8754 |
| **Related Cases:** N/A | | |

| Participants | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Restrained ; | |
| **Name:** Sarvis, Rusty L | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** Sarvis, Rusty Lee<br>**Birthdate:** 1957■■■<br>**Gender:** M<br>**Race:** W<br>**Drivers License:** CO ■■■■■<br>**SSN:** ■■■■■<br>**StateID:** ■■■■■ | Historical Address<br>■■■■■■<br>Colorado Springs CO 80906 0000<br><br>Active Address<br>■■■■■■■<br>Colorado Springs CO 80910 0000<br><br>Home : ■■■■■■ | **Attorney Role:** Court Appointed Attorney<br>**Attorney Name:** Public Defender,<br>**Attorney Bar #:** 900002<br>**Primary Attorney:** Yes |

| Charges / Dispositions | | |
|---|---|---|
| **Arresting Agency** | | |
| **Arresting Agency:** El Paso County Sheriff Dept | **Arrest Date:** 1995-05-26 | **Arrest Time:** |
| **Ticket/Summons Number:** | **Arrest Number:** | **Case Number:** |
| **Final Disposition on Charges** | | |
| **Charge Number:** 1 | **Charge:** ***amend Info*** Poss Cont Sub Sch Ii | **Status:** Main Charge |

| | | |
|---|---|---|
| **Offense Date From:** 1995-05-26 | **Offense Date To:** 1995-05-26 | **Offense Time:** |
| **Class:** F5 (Class 5 Felony) | **BAC:** 0.000 | **Statute:** 18-18-404(1)(a) |
| **Plea Date:** 1995-11-13 | **Plea:** Plea of Guilty | |
| **Disposition Date:** 1995-11-13 | **Disposition:** Guilty | |
| **Sentence Date:** 2007-07-16 | **Sentence Type:** Sentence by Court | **Sentence Status:** Active |

| | | | |
|---|---|---|---|
| **Probation** | 3.00 Year(s) | Revoked | **No Consecutive / Concurrent sentences.** |
| **Probation Supervision Fee** | 720.00 Dollar Amount | | **No Comments** |
| **Drug Standardized Assessment** | 45.00 Dollar Amount | | |
| **Drug Offender Surcharge** | 750.00 Dollar Amount | | |
| **Court Costs** | 30.00 Dollar Amount | | |
| **Victims Assistance Fund** | 125.00 Dollar Amount | | |
| **Victim Compensation Fund** | 125.00 Dollar Amount | | |
| **Department of Corrections** | 2.00 Year(s) | | |
| **Credit for Time Served** | 145.00 Day(s) | | |

| | | |
|---|---|---|
| **Sentence Date:** 1996-07-27 | **Sentence Type:** Sentence by Court | **Sentence Status:** Void |

| | | |
|---|---|---|
| **Probation** | 3.00 Year(s) | **No Consecutive / Concurrent sentences.** |
| **Probation Supervision Fee** | 720.00 Dollar Amount | **Comments:** 48 HRS UPS; RANDOM URINES. /JAB |
| **Drug Standardized Assessment** | 45.00 Dollar Amount | |
| **Drug Offender Surcharge** | 750.00 Dollar Amount | |
| **Court Costs** | 30.00 Dollar Amount | |
| **Victims** | 125.00 Dollar | |

| Assistance Fund | Amount | |
|---|---|---|
| Victim Compensation Fund | 125.00 Dollar Amount | |

| **Charge Number:** 1 | **Charge:** Poss/sale Sched. I Or Ii Contrl'd Subst. | **Status:** Amended |
|---|---|---|
| **Offense Date From:** 1995-05-26 | **Offense Date To:** 1995-05-26 | **Offense Time:** |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-18-405(2)(a)(I) |

| **Charge Number:** 2 | **Charge:** Controlled Substance: Paraphernalia Poss | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 1995-05-26 | **Offense Date To:** 1995-05-26 | **Offense Time:** |
| **Class:** PO2 (Class 2 Petty Offense) | **BAC:** 0.000 | **Statute:** 18-18-428(1) |
| **Plea Date:** 1995-07-24 | **Plea:** Plea Not Guilty | |
| **Disposition Date:** 1996-01-08 | **Disposition:** Dismissed by DA | |

| **Charge Number:** 3 | **Charge:** Operating Vehicle W/o Insurance | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 1995-05-26 | **Offense Date To:** 1995-05-26 | **Offense Time:** |
| **Class:** MT1 (Class 1 Misdemeanor Traffic) | **BAC:** 0.000 | **Statute:** 42-4-1409(1) |
| **Plea Date:** 1995-07-24 | **Plea:** Plea Not Guilty | |
| **Disposition Date:** 1996-01-08 | **Disposition:** Dismissed by DA | |

### Hearings/Trials

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2007-07-16 | 09:00 AM | 10 | Sentencing Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |
| 2007-06-11 | 09:00 AM | 10 | Sentencing Hearing | Continued by Parties | Gilbert Anthony Martinez (8754) |
| 2007-04-05 | 09:00 AM | 10 | Disposition Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |

| Date | Time | | Event | Status | Judge |
|---|---|---|---|---|---|
| 2007-03-22 | 09:00 AM | 10 | Disposition Hearing | Continued by Parties | Gilbert Anthony Martinez (8754) |
| 2007-03-07 | 08:30 AM | 10 | Review Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |
| 2007-02-26 | 09:00 AM | 10 | Appearance on Arrest Warrant<br>NOTE: BW RTN | Hearing Held | Gilbert Anthony Martinez (8754) |
| 1998-05-13 | 08:00 AM | 10 | Review<br>NOTE: TERM DAY | Vacated | Gilbert Anthony Martinez (8754) |
| 1996-01-08 | 09:00 AM | 10 | Sentencing Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |
| 1995-11-13 | 09:00 AM | 10 | Jury Trial | Vacated | Gilbert Anthony Martinez (8754) |
| 1995-07-24 | 09:00 AM | 10 | Further Proceedings<br>NOTE: RULING | Hearing Held | Gilbert Anthony Martinez (8754) |
| 1995-07-17 | 09:00 AM | 10 | Preliminary Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |
| 1995-07-13 | 01:30 PM | 10 | Preliminary Hearing | Continued by Parties | Gilbert Anthony Martinez (8754) |
| 1995-06-19 | 09:00 AM | 10 | Further Proceedings | Hearing Held | Gilbert Anthony Martinez (8754) |
| 1995-06-12 | 09:00 AM | 10 | Further Proceedings | Continued by Parties | Gilbert Anthony Martinez (8754) |
| 1995-06-05 | 09:00 AM | 10 | First Appearance | Hearing Held | Gilbert Anthony Martinez (8754) |
| 1995-05-30 | 02:30 PM | E | Hearing on Advisement | Continued by Parties | Jerry C Nelson (3041) |

### Other Case Activities

| Date | Code | Details/Notes |
|---|---|---|
| 2007-10-30 | ORDR | Order<br>Denying Def's Motn For Reconsideration Signed By Judge Martinez /jab |
| 2007-10- | FOTH | Filing Other |

| | | |
|---|---|---|
| 26 | | DEF1/ Sarvis, Rusty L<br>Additional Documentation In Support Of Reconsdieration /cdb |
| 2007-10-24 | MOTN | Motion<br>Motn For Reconsideration Of Sentence /jab |
| 2007-07-16 | MINC | Minute Order (print)<br>Martinez 7-16-07 Jb Dda-scranton Celske<br>Dpwc-pd-bowman; Prob Rev; Def Sent 2 Yrs Doc, Conc 07cr944; 145 Days Credit<br>Time Served; Cust; Ssjsm /jab |
| 2007-07-16 | MITI | Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Sarvis, Rusty L |
| 2007-07-16 | POST | Closed After Post Judgment |
| 2007-06-11 | MINC | Minute Order (print)<br>Martinez 6-11-07 Jb Dda-gryboski Kopta<br>Dpwc-pd-bowman; Prob Request Add'l Time; Cont Senh 7-16-07 9am; Bred Denied;<br>Cust. /jab /jab |
| 2007-04-05 | CCOR | Comcor Screen Request |
| 2007-04-05 | MINC | Minute Order (print)<br>Martinez 4-5-07 Jb Dda-gryboski Pressprich<br>Dpwc-pd-bowman; Stmts; Advs; Admit Viol Prob; Prob To Be Revoked; This Sent<br>Conc W/07cr944; Cont Senh 6-11-07 9am; Cust. /jab |
| 2007-03-22 | MINC | Minute Order (print)<br>Martinez 3-22-07 Jb Dda-roth Kopta<br>Dpwc-pd-bowman; Stmts; Cont Omod Dispo 4-5-07 9am; Cust. /jab |
| 2007-03-07 | MINC | Minute Order (print)<br>Martinez 3-7-07 Jb Dda-rikeman Pressprich<br>Dpwc-pd-johnson; Stmts; Bond Set $10,000; Cont To Dispo 3-22-07 9am; Cust. |
| 2007-02-26 | MINC | Minute Order (print)<br>Martinez 2-26-07 Jb Dda-rikeman Pressprich<br>Dpwc-pd-johnson Apt; C & R; Wv 15 Day Rule; Cont Dispo 3-22-07 9am; Def Has<br>New Crg; All Matters Set For 3-7-07 8:30am; Cust. /jab |
| 2007-02-26 | RS | Return Of Service<br>DEF1/ Sarvis, Rusty L<br>On Warrant Original 022207 /shw |
| 2007-02-23 | ROPN | Reopened |
| 2007-02-23 | RSWT | Return Of Service On Warrant<br>DEF1/ Sarvis, Rusty L |

| | | | |
|---|---|---|---|
| | | | Jail Booking 022207 /shw |
| 1997-03-29 | MISC | | Miscellaneous<br>By Apd: Complaint And Report<br>Order /pmh |
| 1997-03-29 | WFTC | | Warrant Failure To Comply<br>DEF1/ Sarvis, Rusty L<br>Warrant For Probation Violations - No Bond Set /kcq |
| 1996-01-26 | TCOP | | Terms And Conditions Of Prob |
| 1996-01-08 | CLAD | | Case Closed |
| 1996-01-08 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Zunker Dda-kirkman<br>Dpwc-pd-sierra; Stmts; Pgra 3 Yrs; Random Urines; 48 Hrs Ups; $750.00 Drug Surch; Pr Bond Rel. /jab |
| 1995-11-14 | INFO | | Information Filed<br>Amended Count One Of The Information For Plea /kmg |
| 1995-11-13 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Zunker Dda-joyce<br>Dpwc-pd-sierra; Amend Info; Advs; Fact Basis; Pg Ct 1; Stip Prob;<br>Da Waives Prog Inelig; Cont Senh 1-8-96 9am; Pr Bonc. /jab |
| 1995-10-28 | MOTN | | Motion<br>And Ordr For Free Transcript Of Prelim Hrg /kmg |
| 1995-10-27 | MOTN | | Motion<br>By Pud To Suppress Evidence And Stmts<br>Motn By Pud To Dismiss<br>Motn By Pud For Discovery<br>Motn By Pud For Discovery Of Prior Criminal History Of State's Witness<br>Motn By Pud For Discovery Of Oral Stmts<br>Motn By Pud For Disclosure Of Impeaching Info /kmg |
| 1995-10-24 | SUB | | Subpoena<br>DEF1/ Sarvis, Rusty L<br>By Dda: (2) Dep. Mejion, Dep. Martin /yms |
| 1995-07-24 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Brunner Dda-joyce<br>Dpwc-pd-moss; Ct Finds Prob Cause Ct 1; Ng Plea Ent; Cont Jtrl 11-13-95 9am; All Motn Filed In 30 Days; Pr Bonc. /jab |
| 1995-07-17 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Brunner Dda-joyce<br>Dpwc-pd-moss; Test; Argu; Ct Takes Matter Under Advs; Ct To Issue Oral Ruling 7-24-95 9am Pr Bonc. /jab |
| 1995-07-13 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Brunner Dda-joyce<br>Dpwc-pd-moss; Cont Omop Prel 7-17-95 9am; Pr Bonc. /jab |
| 1995-06- | SUB | | Subpoena |

| | | | |
|---|---|---|---|
| | 23 | | DEF1/ Sarvis, Rusty L<br>By Dda: Dep. Martin /yms |
| 1995-06-19 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Brunner Dda-joyce<br>Dpwc-pd-moss; Pd Aptd; Ack Rec Info; Waive Read & Advs; Cont Omod Prel<br>7-13-95 1:30pm; Pr Bonc. /jab |
| 1995-06-16 | ACTA | | Appl For Ct Appointed Cnsl |
| 1995-06-12 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Brunner Dda-joyce<br>Dpwoc; Stmts; Ct Cont App Counsel 6-19-95 9am; Pr Bonc. /jab |
| 1995-06-06 | INFO | | Information Filed |
| 1995-06-05 | MINC | | Minute Order (print)<br>Judge: Martinez Clerk: Jb Reporter: Brunner Dda-gilbert<br>Dpwoc; Info Filed; Copy To Def; Ct Cont Appear Counsel 6-12-95 9am; Pr Bonc. /jab |
| 1995-05-30 | INFO | | Information Filed |
| 1995-05-30 | MISC | | Miscellaneous<br>Jail Booking---05 26 95<br>Prel Info /pls |
| 1995-05-30 | ORDR | | Order<br>First Appearance /pls |

## Judgments

No Judgments Information

## Bonds

| Bond Status Date: | Bond Status: | |
|---|---|---|
| **Set Date:** 1995-05-30 | **Set Amount:** 1000.00 | **Set Type:** |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 1995-05-31 | **Post Amount:** 1000.00 | **Post Type:** Personal Recognizance |
| **Bond Status Date:** 2007-03-07 | **Bond Status:** Bond Set | |
| **Set Date:** 2007-03-07 | **Set Amount:** 10000.00 | **Set Type:** Cash/Surety/Property |