**Date Printed: 10/15/2012**

**People Of The State Of Colorado Vs. Sarvis, Rusty Lee - 2007CR944 - El Paso County**

## Summary

| | | |
|---|---|---|
| **Case #:** 2007CR944 (District) | **Location:** El Paso County | **Date Filed:** 2007-02-23 |
| **Case Status:** Mandatory Injunction Granted; Closed; | **Date Case Closed:** 2007-07-16 | **Date of Speedy Trial:** N/A |
| **Case Type:** Sex Offenses | **Appealed:** Y | **E-Filed:** N |
| **Judge or Magistrate:** Theresa M Cisneros | **Division:** 8 | **Bar Number:** 14672 |
| **Related Cases:** N/A | | |

## Participants

| **Party Type:** Defendant | **Person Status:** Restrained ; No SVP Findng Must Reg as SXOF; | |
|---|---|---|
| **Name:** Sarvis, Rusty Lee | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** Sarvis, Rusty L | Active Address ▉▉▉▉▉▉▉▉▉▉ Colorado Springs CO 80910 | **Attorney Role:** Deputy Public Defender |
| **Birthdate:** 1957▉▉▉ **Gender:** M **Race:** W **Drivers License:** CO ▉▉▉ **SSN:** ▉▉▉▉ **StateID:** ▉▉▉ | Home : ▉▉▉▉▉▉ | **Attorney Name:** Public Defender, **Attorney Bar #:** 900002 **Primary Attorney:** Yes |

| **Party Type:** Victim | **Person Status:** Not Applicable | |
|---|---|---|
| **Name:** Ez Pawn, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | Active Address 97cr755/re Tkt#54297/54586 1502 S Nevada Ave Colorado Springs CO 80906 | |
| **Birthdate:** **Gender:** **Race:** **Drivers License:** **SSN:** **StateID:** | | |

## Charges / Dispositions

### Arresting Agency

| **Arresting Agency:** CO Springs Police Dept | **Arrest Date:** 2007-02- | **Arrest Time:** |
|---|---|---|

|  | 22 |  |
|---|---|---|
| **Ticket/Summons Number:** | **Arrest Number:** 070003613 | **Case Number:** 06-39696 |

## Arrest Charges

| **Charge Number:** 1 | **Charge:** Sexual Exploitation Of A Child-unspecif | **Status:** Arrest Only Charge |
|---|---|---|
| **Offense Date From:** 2006-10-11 | **Offense Date To:** | **Offense Time:** |
| **Class:** F3 (Class 3 Felony) | **BAC:** 0.000 | **Statute:** 18-6-403 |

| **Charge Number:** 2 | **Charge:** Internet Sex-exploit Of A Child Written As 18-6-405.3 | **Status:** Arrest Only Charge |
|---|---|---|
| **Offense Date From:** 2006-10-11 | **Offense Date To:** | **Offense Time:** |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-3-405.4(1) |

## Final Disposition on Charges

| **Charge Number:** 1 | **Charge:** Sexual Exploitation/child-sell/publish | **Status:** Main Charge |
|---|---|---|
| **Offense Date From:** 2006-10-01 | **Offense Date To:** | **Offense Time:** |
| **Class:** F3 (Class 3 Felony) | **BAC:** 0.000 | **Statute:** 18-6-403(3)(b) |
| **Plea Date:** 2007-04-05 | **Plea:** Plea of Guilty | |
| **Disposition Date:** 2007-04-05 | **Disposition:** Guilty | |
| **Sentence Date:** 2007-07-16 | **Sentence Type:** Sentence Resulting fm Plea | **Sentence Status:** Active |

| Department of Corrections | 4.00 Indeterminate | **No Consecutive / Concurrent sentences.** |
|---|---|---|
| Credit for Time Served | 145.00 Day(s) | **Comments:** PAROLE IS 20 YEARS TO LIFE /JAB |
| Sex Offender Surcharge | 2000.00 Dollar Amount | |
| SPAD Min-off on/after 5/1/03 | 1300.00 Dollar Amount | |
| Offender | 128.00 Dollar | |

| Identification Fund | Amount | |
| **Court Costs - T, M, CR** | 35.00 Dollar Amount | |
| **VAST min for off after 5/1/03** | 162.50 Dollar Amount | |
| **Victim Compensation Fund** | 125.00 Dollar Amount | |
| **Public Defender Accts Rcvable** | 25.00 Dollar Amount | |
| **Restitution** | 327.60 Dollar Amount | |

| **Charge Number:** 2 | **Charge:** Sexual Exploitation/child-poss For Sale | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 2006-10-01 | **Offense Date To:** | **Offense Time:** |
| **Class:** F3 (Class 3 Felony) | **BAC:** 0.000 | **Statute:** 18-6-403(3)(c) |
| **Disposition Date:** 2007-07-16 | **Disposition:** Dismissed by DA | |

| **Charge Number:** 3 | **Charge:** Sexual Exploitation/child/poss Material | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 2006-10-01 | **Offense Date To:** | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-6-403(3)(b.5) |
| **Disposition Date:** 2007-07-16 | **Disposition:** Dismissed by DA | |

## Hearings/Trials

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2007-07-16 | 09:00 AM | 10 | Sentencing Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |
| 2007-06-11 | 09:00 AM | 10 | Sentencing Hearing | Continued by Parties | Gilbert Anthony Martinez (8754) |
| 2007-04-05 | 09:00 AM | 10 | Disposition Hearing | Hearing Held | Gilbert Anthony Martinez (8754) |
| 2007-03-22 | 09:00 AM | 10 | Preliminary Hearing NOTE: WAIVED | Vacated | Gilbert Anthony Martinez |

| 2007-03-07 | 08:30 AM | 10 | First Appearance | Hearing Held | Gilbert Anthony Martinez (8754) |
| 2007-02-23 | 01:30 PM | VID | Hearing on Advisement | Hearing Held | John Paul Lyle (22147) |

## Other Case Activities

| Date | Code | Details/Notes |
|------|------|---------------|
| 2012-08-22 | LETR | Letter<br>DEF1/ Sarvis, Rusty Lee<br>Dated 8/16/12: To Court Re Sentence /ers |
| 2012-07-16 | RTSV | Return Of Service<br>Receipt From Coa - 12ca730 /jeb |
| 2012-07-10 | ORDR | Order<br>Order Denying Defendant's Motion For Transcripts At State Expense For Purposes Of Appeal In A Criminal Case -- Judge Cisneros /tmc |
| 2012-07-06 | CERT | Certificate Filed<br>Mailing Record To Coa - 12ca730 /jeb |
| 2012-07-06 | NOTC | Notice Filed<br>Electronic Certified Record To Coa - 12ca730 /jeb |
| 2012-07-02 | FOTH | Filing Other<br>DEF1/ Sarvis, Rusty Lee<br>To: Lynette D. Collins: Re: Copy Of Registry Of Action For Case #2012 Ca 730<br>From The Court Of Appeals Regarding The Transcripts With Attachment Copies. |
| 2012-07-02 | MOTN | Motion<br>DEF1/ Sarvis, Rusty Lee<br>Pro Se Motion For Transcripts At State Expense For Purposes Of Appeal In A<br>Criminal Case /rgd |
| 2012-06-05 | ORDR | Order<br>Docket Fee Is Waived - 12ca730<br>Record Due 7-11-12 /jeb |
| 2012-04-11 | DESG | Desg Of Record On Appeal<br>DEF1/ Sarvis, Rusty Lee |
| 2012-04-11 | NAPF | Notc Of Appeal Filed<br>DEF1/ Sarvis, Rusty Lee |
| 2012-03-27 | ORDR | Order<br>Order Denying Defendant's Motion To Correct Illegal Sentence -- Judge Cisneros /tmc |
| 2012-03-22 | MOTN | Motion<br>DEF1/ Sarvis, Rusty Lee |

2007CR944 - El Paso County

| | | To Correct Illegal Sentence Pursuant To Crcp 35(a) /ers |
|---|---|---|
| 2007-10-30 | ORDR | Order<br>Denying Def's Motn For Reconsideration Signed By Judge Martinez /jab |
| 2007-10-26 | FOTH | Filing Other<br>DEF1/ Sarvis, Rusty Lee<br>Additional Documentation In Support Of Reconsideration /cdb |
| 2007-10-24 | MOTN | Motion<br>DEF1/ Sarvis, Rusty Lee<br>For Reconsideration Of Sentence /cdb |
| 2007-07-23 | REG | Sex Offender Registered |
| 2007-07-17 | MITA | Amended Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Sarvis, Rusty Lee |
| 2007-07-16 | CLAD | Case Closed |
| 2007-07-16 | LETR | Letter<br>Letter To Tamra Bowman Ref Deft From Glendoia Sarvis. /lps |
| 2007-07-16 | MINC | Minute Order (print)<br>Martinez 7-16-07 Jb Dda-scranton Celske<br>Dpwc-pd-bowman; Def Sent 4 Yrs To Life Doc, Conc 95cr1933; 145 Days Credit<br>Time Served; Register As Sex Offender; Pay All Appropriate Surcharges; Dna<br>Testing; Costs; Rest; Remain Cts Diss; Cust; Ssjsm. /jab |
| 2007-07-16 | MITI | Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Sarvis, Rusty Lee |
| 2007-07-16 | NOSV | No Svp Findng Must Reg As Sxof<br>Day Due: 000000000000000 |
| 2007-07-16 | ORDR | Order<br>Rest Payout Order Filed $327.60 /spc |
| 2007-07-13 | RPRT | Report<br>By El Paso County Justice Services Dept Def Rejected By Comcor /cdb |
| 2007-07-09 | PSIF | Pre-sentence Invest Rpt Filed |
| 2007-06-11 | FOTH | Filing Other<br>Probation Department Request For Continuance; Request Additional 5 Weeks./lps |
| 2007-06-11 | MINC | Minute Order (print)<br>Martinez 6-11-07 Jb Dda-gryboski Kopta<br>Dpwc-pd-bowman; Prob Request Add'l Time; Cont Senh 7-16-07 9am; Bred Denied;<br>Cust /jab/jab |

| 2007-06-11 | RPRT | Report<br>By El Paso County Justice Services Dept Requesting Additional 3-4 Weeks For<br>Referral Process /cdb |
|---|---|---|
| 2007-05-31 | FOTH | Filing Other<br>Proposed Restitution Payout Order To Division /spc |
| 2007-05-17 | LETR | Letter<br>DEF1/ Sarvis, Rusty Lee<br>Submission Of Letters For Consideration At Sentencing /cdb |
| 2007-04-05 | CCOR | Comcor Screen Request |
| 2007-04-05 | FOTH | Filing Other<br>Plea Agreement. /lps |
| 2007-04-05 | MINC | Minute Order (print)<br>Martinez 4-5-07 Jb Dda-gryboski Pressprich<br>Dpwc-pd-bowman; Advs; Fact Basis; Pg Ct 1 Sexual Exploitation Of Children F3;<br>Open Sentence; Da Wv Prob Ineligibility; If Granted Prob It Is 20 Yrs To Life;at Sentencing Ct Will Make Finding As To Indeterminate Sentence; This<br>Sent Conc W/ 95cr1933; Remain Cts To Be Diss As Well As 97cr755; Cont Senh<br>6-11-07 9am; Psir,comcor & Soev Screens Ordered; Cust. /jab |
| 2007-04-05 | PSIO | Psi Ordered |
| 2007-04-05 | SOEV | Sex Offender Eval Ordered |
| 2007-03-22 | MINC | Minute Order (print)<br>Martinez 3-22-07 Jb Dda-roth Kopta<br>Dpwc-pd-bowman; Stmts; Wv Prel; Cont Omod Dispo 4-5-07 9am; Cust. /jab |
| 2007-03-07 | INFO | Information Filed<br>Permission To File Information Granted By Judge Martinez. /lps |
| 2007-03-07 | MINC | Minute Order (print)<br>Martinez 3-7-07 Jb Dda-gryboski Pressprich<br>Dpwc-pd-johnson Apt; Info Filed; Ack Rec; Wv Read & Advs; Cont Omod Prel<br>3-22-07 9am; Cust. /jab |
| 2007-02-23 | ASWA | Affi In Suppt-warrantless Arr<br>Jail Booking; 022207 Prelim Info With P/c /gkg |
| 2007-02-23 | MINC | Minute Order (print)<br>Magistrate Lyle<br>Def I/c Pro Se;adv Of Rights;charges;possible Penalties;mandatory Protection<br>Order;fapp Date/time/division<br>** Bond Condition ** No Contact With Any Person Under 18 For Duration |

| | | Of Case.<br>No Contact With Any Alleged Victims For Duration Of Case /clh |
|---|---|---|
| 2007-02-23 | MRIG | Mandatory Injunctive Prot Ord; Expiration Date: 2061-07-16<br>DEF1/ Sarvis, Rusty Lee<br>MRIG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing |
| 2007-02-23 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2008-02-23 |

## Judgments

No Judgments Information

## Bonds

| **Bond Status Date:** 2007-02-22 | **Bond Status:** Bond Set | |
|---|---|---|
| **Set Date:** 2007-02-22 | **Set Amount:** 10000.00 | **Set Type:** |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Condition(s):** NO CONTACT WITH ANY PERSON UNDER 18 FOR DURATION OF CASE NO CONTACT W/"ALLEGED" VICTIM(S) FOR DURATION OF CASE | | |

## Financial Summary

| Registry | Received by Court | Disbursed by Court | Payment in Process | Balance Held by Court |
|---|---|---|---|---|
| Restitution | $0.00 | $0.00 | $0.00 | $0.00 |
| Registry Balance | $0.00 | $0.00 | $0.00 | $0.00 |
| **Accounts Receivable** | **Amount Owed** | **Amount Paid** | **Amount Paid From Related Case** | **Outstanding Balance** |
| Restitution | $327.60 | $0.00 | $0.00 | $327.60 |
| Court Costs - T, M, CR | $35.00 | $0.00 | $0.00 | $35.00 |
| Offender Identification Fund | $128.00 | $0.00 | $0.00 | $128.00 |
| Public Defender Accounts Receivable Code | $25.00 | $0.00 | $0.00 | $25.00 |
| | | | | |