| | |
|---|---|
| El Paso County, CO ___District___County<br>Court address: P.O. Box 2980<br>   270 South Tejon<br>   Colorado Springs, CO 80901-2980<br>Phone Number: (719) 448-7650 | FILED-DISTRICT & COUNTY<br>COURTS-EL PASO CO., CO<br><br>MAR 2 7 2012<br><br>DIVISION 8 |
| Plaintiff:   People of the State of Colorado<br><br>v.<br><br>Defendant:   Rusty Lee Sarvis | **Court Use Only** |
| | Case No. 07CR944<br>Division 8 |
| **ORDER DENYING DEFENDANT'S MOTION TO CORRECT ILLEGAL SENTENCE** | |

This matter comes before the Court on the Defendant's Motion to Correct An Illegal Sentence Pursuant to C.R.Crim.P. 35(a). The Court has considered the motion and the contents of the court file. The motion is denied without a hearing. The Defendant's motion does not state a legal basis for correction of his sentence. The record reflects that the Defendant pled guilty to Count One, Sexual Exploitation of Children, on April 5, 2007. The Defendant was sentenced in accordance with the law and in accordance with his plea agreement to a sentence of four years to life at the Colorado Department of Corrections plus the mandatory parole period of 20 years to life. This sentence is not illegal and is also in accordance with the sentencing laws of the State of Colorado. The Defendant's motion therefore lacks merit and is denied without a hearing. The Defendant's motion for appointment of counsel contained within his Motion Correct Illegal Sentence is also denied as the Defendant is not entitled to counsel to pursue a motion that lacks merit.

DATED this 26th day of March, 2012.

BY THE COURT:

Theresa M. Cisneros
District Court Judge

cc:   District Attorney's Office

Rusty Lee Sarvis, #46181
P.O. Box 999
Canon City, CO 81215

3-27-12

EC