COPY

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.**12-cv-00759-BNB**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 3 2012

JEFFREY P. COLWELL
CLERK

**RUSTY LEE SARVIS**

Applicant,

v.

**ANGEL MEDINA, Warden and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO**

Respondent

## PRE-ANSWER RESPONSE

Applicant, having been served with this Court's order, files this pre-answer response as follows:

### CASE HISTORY:

On October 24th 2007 applicant filed a motion for sentence reconsideration, in which the court denied on October 30th, 2007. Applicant did not appeal as exhibit B, p.4,- 5 states. Applicant was not advised by his Public Defender counsel that he could appeal this decision and that the case was closed, in turn Mr. Sarvis should have been able to appeal his case under a 35c motion.

### FEDERAL HABEAS PROCEEDINGS

On March 21 st, 2012 the Applicant filed with, the U.S District Court of Colorado. In that petition stated on pg.1: Comes now this petitioner/defendant before this honorable Court for a hearing and ruling on the Constitutional question raised below.

1

COPY

## JURISDICTION

The Petitioner is establishing jurisdiction based on the following facts, issues and prior ruling that so strictly follows the jurisdictional question of Constitutional law.

The question raised below in the body of this petition is not challenging his District Court convictions as it states in (ECF #16 pg.2) Respondents pre-answer response. The Petitioner is challenging the violation of his Constitutional Rights under both the fourteenth(14) and fifth(5) Amendments which can only be addressed by the US District Court, therefore based upon the facts and issues and question, with regards to 14th, 6th and 5th Amendments and other Constitutional rights violations. Also that the Court has set prior precedence with rulings on similar Constitutional Questions and factors jurisdiction is thus established. There by the State Court has no jurisdiction. By prior ruling staling it as a federal question, and must be decided by federal jurisdiction.

On January 23rd, 2012 the Applicant began SOTMP modified Phase II Sex Offender Treatment program, and as part of this program he is subject to meet certain criteria such as successfully completing a sex history( a full disclosure of all his sexual behaviors which some may lead to future prosecution, which is in violation of his 5th Amendment right of self-incrimination. Violation of his 14th Amendment, his rule 11 advisement. The counsel did not tell Applicant that he would have to take a polygraph or that he would serve the rest of his life in prison until he passed two (2) baseline sexual history polygraphs and one (1) maintenance polygraph, pass both Phase I and Phase II successfully. Counsel also did not inform the Applicant he would suffer further persecution by fully disclosing his sexual history for the polygraphs. So therefore his counsel was ineffective, and these issues can only be raised in a U.S District Court, and as for case # 07 CR 944 and # 95 CR 1933 have no bearing on the Constitutional violation cause they cannot be rebutted in the lower court under appeal.

COPY

CERTIFICATE OF MAILING

I certify that on this 7th day of November, 2012, that a true and correct copy of the above and foregoing was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

U.S. District Court
Alfred A Arraj Courthouse
901 19th St. A105
Denver, CO 80294

Angel Medina (Warden)
FCF P.O.Box 999
Canon City, CO 81215

John Suthers (Attorney General)
1525 Sherman St. 7th Floor
Denver, CO 80203