(plaintiff/defendant)   (name the order and/or judgment)

(describe the order and/or judgment)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00759BNB

,RUSTY LEE SARVIS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/8/13
JEFFREY P. COLWELL, CLERK

Plaintiff

v.

,PEOPLE OF THE STATE OF COLORADO

Defendant

## NOTICE OF APPEAL

Notice is hereby given that **RUSTY LEE SARVIS** in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO entered in this action on the ___5th_____ day of _March_____, __2013_____.

Dated 3-5-13

Signature

Rusty Lee Sarvis
Printed Name
FCF 6Upper B-14
P.O. Box 999
Address
Canon City, CO 81215
City           State        Zip

CERTIFICATE OF MAILING

I certify that on this 5th day of March, 2013, that a true and correct copy of the above and foregoing Notice of Appeal was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

U.S. Dist. Court for the District of Colorado
Alfred Arraj US Courthouse
901 19th St
Devnver, CO 80294

Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway,10th Floor
Denver, CO80203

United States Court of Appeals
10th Circuit JudicialCircuit
Byron White US Courthouse
1823 Stout St.
Denver ,CO 80257

**Colorado Department Of Corrections**

Name: Dusty L. Sakuis Pro-SE
Register Number: 46181
Unit: FCF 6W B-14
Box Number: 999
City, State, Zip: Canon City, Co 81215

Legal Mail

Appeal

U.S. District Court
for the District of Colorado
Alfred Arraj US Courthouse
901 19th St.
Denver, CO 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2013

JEFFREY P. COLWELL
CLERK



FACILITY: FCF
DATE REC'D: 2-5-13
STAFF LAST NAME: Loesrete
ID#: 4225
INT: DL
DOC#: 41185
OFFENDER LAST NAME: Sirvis
INT: KCS