

| | | |
|---|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF COLORADO**<br>**OFFICE OF THE CLERK** | Alfred A. Arraj<br>United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br>www.cod.uscourts.gov |
| Jeffrey P. Colwell<br>*Clerk* | | Phone: (303) 844-3433 |

March 11, 2013

TRANSMITTAL OF NOTICE OF APPEAL/NOTICE OF CROSS APPEAL FILED BY A PRO SE APPELLANT

SEE NOTICE OF ELECTRONIC FILING

**RE:** Sarvis v. Angel Medina et al

District Court Case No.: 12-cv-00759-LTB
Filed by: Rusty Lee Sarvis on 03/08/2013
Fee Status: Fee not paid, 1915 motion not filed, IFP status on appeal denied final order
Certificate of Appealability: Order on COA has entered
Other Pending Appeals: None

Attached are the following documents for the parties in connection with the notice of appeal and a copy of the docket sheet.  Attached for the appellant only are a letter from the U.S. Court of Appeals.

                                                            JEFFREY P. COLWELL, CLERK

                                                            by  s/ L. Weinstein
                                                                 Deputy Clerk

cc:    Clerk, U.S. Court of Appeals for the Tenth Circuit with the preliminary record