APPEAL,PS1,TERMED

# U.S. District Court
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:12−cv−00759−LTB

| | |
|---|---|
| Sarvis v. Angel Medina et al<br>Assigned to: Judge Lewis T. Babcock<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 03/26/2012<br>Date Terminated: 01/23/2013<br>Jury Demand: None<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: Federal Question |

**Petitioner**

**Rusty Lee Sarvis**  represented by  **Rusty Lee Sarvis**
#46181
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215−0999
PRO SE

V.

**Respondent**

**Angel Medina**  represented by  **John Jacob Fuerst , III**
*(Warden)*  Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
10th Floor
Denver, CO 80203
720−508−6000
Fax: 720−508−6032
Email: john.fuerst@state.co.us
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Colorado**  represented by  **John Jacob Fuerst , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nan Scranton**
*EL PASO COUNTY DISTRICT ATTORNEY 105 E. Vermijo Ave. Colorado Springs, CO 80903*
*TERMINATED: 09/04/2012*

**Defendant**

**Tamra Bowman**
*Public Defender Office 415 South Sawatch Colorado Springs, CO 80903*
*TERMINATED: 09/04/2012*

**Defendant**

**Clayton C. Blackwell**
*(ICA Officer) Colorado Springs Police Department 705 S. Nevada Ave. Colo.Spgs. CO 80903*
*TERMINATED: 09/04/2012*

**Defendant**

**Peggy Heil**
*(SOTMP) 2862 South Circle Dr.*
*Colorado Springs, CO 80906*
*TERMINATED: 09/04/2012*

**Defendant**

**People of the State of Colorado, The**
*TERMINATED: 09/04/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2012 | 1 | COMPLAINT for Violation of Constitutional Rights against People of the State of Colorado, The, filed by Rusty Lee Sarvis.(dkals, ) (Entered: 03/26/2012) |
| 03/26/2012 | 2 | Prisoner's MOTION and Affidavit for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Rusty Lee Sarvis. (dkals, ) (Entered: 03/26/2012) |
| 03/26/2012 | 3 | Case assigned to Magistrate Judge Boyd N. Boland Text Only Entry (dkals, ) (Entered: 03/26/2012) |
| 03/27/2012 | 4 | ORDER Directing Plaintiff to Cure Deficiencies, by Magistrate Judge Boyd N. Boland on 3/27/12. (lygsl, ) (Entered: 03/27/2012) |
| 04/27/2012 | 5 | MOTION for Extension of Time to complete matters re: 4 Order to Cure Deficiencies, by Plaintiff Rusty Lee Sarvis. (nmmsl, ) (Entered: 04/27/2012) |
| 04/30/2012 | 6 | MINUTE ORDER granting 5 Motion for Extension of Time for Plaintiff to cure the deficiencies in this action, which were designated in the 3/27/12 order, up to and including 5/28/12, by Magistrate Judge Boyd N. Boland on 04/30/12.(nmmsl, ) (Entered: 04/30/2012) |
| 05/29/2012 | 7 | AMENDED Prisoner COMPLAINT against Nan Scranton, Tamra Bowman, Clayton C. Blackwell, and Peggy Heil, filed by Rusty Lee Sarvis.(skssl, ) (Entered: 05/31/2012) |
| 06/06/2012 | 8 | VACATED: ORDER granting 2 Motion for Leave to Proceed in Forma Pauperis by Magistrate Judge Boyd N. Boland on 06/06/12.(nmmsl, ) Modified on 9/5/2012 to VACATE pursuant to Court Order (doc #17)(nmmsl, ). (Entered: 06/06/2012) |
| 06/18/2012 | 9 | LETTER to the Court and Inmate Trust Fund Account Statement re: 8 Order on Motion for Leave to Proceed in Forma Pauperis, by Plaintiff Rusty Lee Sarvis. (nmmsl, ) (Entered: 06/18/2012) |
| 06/19/2012 | 10 | VACATED: ORDER Allowing Plaintiff To Proceed Without Payment of An Initial Partial Filing Fee, by Magistrate Judge Boyd N. Boland on 06/19/12. (nmmsl, ) Modified on 9/5/2012 to VACATE pursuant to Court Order (doc #17). (nmmsl, ). (Entered: 06/19/2012) |
| 07/03/2012 | 11 | ORDER Directing Plaintiff to File Amended Pleading, by Magistrate Judge Craig B. Shaffer on 7/3/12. (nmmsl, ) (Entered: 07/05/2012) |
| 07/20/2012 | 12 | Cover Letter and Inmate Trust Fund Account STATEMENT re 10 Order, by Plaintiff Rusty Lee Sarvis. (nmmsl, ) (Entered: 07/20/2012) |
| 08/02/2012 | 13 | MOTION for Extension of Time, by Plaintiff Rusty Lee Sarvis. (nmmsl, ) (Entered: 08/02/2012) |
| 08/03/2012 | 14 | MINUTE ORDER by Magistrate Judge Boyd N. Boland on 08/03/12 GRANTING 13 Motion for Extension of Time. Plaintiff shall have up to and including September 4, 2012, in which to comply with the July 3 Order for Amended Pleading. Failure to do so within the time allowed will result in the dismissal of the instant action.(nmmsl, ) (Entered: 08/03/2012) |
| 08/23/2012 | 15 | Letter to the Court and Inmate Trust Account STATEMENT, by Plaintiff Rusty Lee Sarvis. (nmmsl, ) (Entered: 08/23/2012) |

| | | |
|---|---|---|
| 09/04/2012 | 16 | (AMENDED) APPLICATION for Writ of Habeas Corpus Pursuant to 28 USC 2254, filed by Rusty Lee Sarvis.(nmmsl, ) (Entered: 09/05/2012) |
| 09/05/2012 | 17 | ORDER vacating the following orders: 8 Order on Motion for Leave to Proceed in Forma Pauperis, 10 Order Directing Plaintiff, and granting Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 2, which is granted in keeping with Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts, by Magistrate Judge Boyd N. Boland on 09/05/12. (nmmsl, ) (Entered: 09/05/2012) |
| 09/05/2012 | 18 | ORDER To File Pre−Answer Response, by Magistrate Judge Boyd N. Boland on 09/05/12. (nmmsl, ) (Entered: 09/05/2012) |
| 09/06/2012 | 19 | CERTIFICATE of Service by Clerk of Court re 18 Order to File Pre−Answer Response for Service of Process. (ccovi, ) (Entered: 09/06/2012) |
| 09/06/2012 | 20 | ACKNOWLEDGMENT of Service on behalf of John W. Suthers, Attorney General for the State of Colorado on 09/06/12. (nmmsl, ) (Entered: 09/07/2012) |
| 09/06/2012 | 21 | ACCEPTANCE of Service on behalf of Respondent Angel Medina − FCF, on 09/06/12. (nmmsl, ) (Entered: 09/07/2012) |
| 09/25/2012 | 22 | MOTION for Extension of Time to *File Pre−Answer Response* by Respondents Attorney General of the State of Colorado, Angel Medina. (Fuerst, John) (Entered: 09/25/2012) |
| 09/26/2012 | 23 | MINUTE ORDER granting 22 Respondents' Motion for Extension of Time to File Pre−Answer Response, by Magistrate Judge Boyd N. Boland on 9/26/2012.(skssl, ) (Entered: 09/26/2012) |
| 10/16/2012 | 24 | RESPONSE to 18 Order *to File Pre−Answer Response* by Respondents Attorney General of the State of Colorado, Angel Medina. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Fuerst, John) (Entered: 10/16/2012) |
| 11/13/2012 | 25 | PRE ANSWER RESPONSE by Petitioner Rusty Lee Sarvis. (nmmsl, ) (Entered: 11/14/2012) |
| 01/23/2013 | 26 | ORDER of Dismissal. ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is denied and this action is dismissed. FURTHER ORDERED that no certificate of appealability shall issue. FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied, by Judge Lewis T. Babcock on 1/23/13. (sgrim, ) (Entered: 01/23/2013) |
| 01/23/2013 | 27 | JUDGMENT re: 26 Order, by Clerk on 1/23/13. (sgrim) (Entered: 01/23/2013) |
| 03/08/2013 | 28 | NOTICE OF APPEAL, by Petitioner Rusty Lee Sarvis. (lswsl ) (Entered: 03/11/2013) |