FILED
United States Court of Appeals
Tenth Circuit

**April 2, 2013**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

RUSTY LEE SARVIS,

    Petitioner - Appellant,

v.

ANGEL MEDINA, Warden, et al.,

    Respondents - Appellees.

No. 13-1097

───────────────────────────────

**ORDER**

───────────────────────────────

Before **BRISCOE**, Chief Judge, **LUCERO**, and **HARTZ**, Circuit Judges.

───────────────────────────────

    Appellant Rusty Lee Sarvis seeks to appeal the district court's denial of his application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter comes before us on the court's March 14, 2013 order identifying a potential defect in our appellate jurisdiction, and Appellant's response thereto.

    The timely filing of a notice of appeal is both mandatory and jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 214 (2007). In a proceeding under 28 U.S.C. § 2254, a notice of appeal "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A); *see Manco v. Werholtz*, 528 F.3d 760, 761 (10th Cir. 2008) (applying Fed. R. App. P. 4(a) time limit to § 2254 proceeding).

In this case, the district court denied Appellant's habeas application on January 23, 2013. Also on January 23, 2013, the district court entered judgment by separate order. The time to appeal, therefore, began to run with the district court's entry of judgment on January 23, 2013 and expired thirty days later on February 22, 2013. Appellant's notice of appeal, which he admits was not mailed until March 5, 2013, was untimely. Accordingly, this appeal is dismissed for lack of appellate jurisdiction.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Jane K. Castro
            Counsel to the Clerk